(Exibit I) IN THE CRIMINAL COURT OF APPEALS                          83,611-01

CARLIST R. BRINKLEY II          §
      #1919753                  §
      (Relator)                 §                    CIVIL NO.
                                §
        VS                      §
DENISE COLLINS                  §
      (JUDGE)
IN HER OFFICIAL CAPACITY                      RECEIVED IN
   EVA FLORES (A.D.A)                         COURT OF CRIMINAL APPEALS
IN HER OFFICIAL CAPACITY
                                                   JUL 08 2015

                                               Abel Acosta, Clerk

## WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT,

COMES NOW CARLIST R. BRINKLEY II Relator, Pro-se in the above styled and Number cause of action and files this original application to Writ of Mandamus, Pursuant to T.C.C.P. Article 11.07(3) and will show the following

Relator;

CARLIST R. BRINKLEY II T.D.C.J. #1919753, is an offender incarcerated in the Texas Department of Criminal Justice and is appearing Pro-se, who can be located at the O.B. Ellis Unit, 1697 FM 980, Huntsville, Texas 77343 Relator will be filing this mandamus to show Procedure violations according to T.C.C.P. and Texas Constitution Art. 2 Sec.12 in conjunction with the Texas Constitution Article 1 Sec.19. Due course Law and the 14th Amendment Due Process.

## STATEMENT OF FACTS

Mr. Brinkley file a writ of hebeas corpus IN THE 208th JUDICIAL DISTRICT COURT IN HARRIS COUNTY TEXAS on January 30, 2015 Cause No. 1376874-A. Mr. Brinkley recieved an order from the HONORABLE JUDGE DENISE COLLINS to Designate Issues in the said cause, 1376874-A, whether applicant is actually innocent.

The court has yet to appoint me counsel to help me resolve said issue. I have submitted affidavits, JUDICIAL Notices, as well as other formal requests for the issues to be resolved in a timely manner. The order Requesting Designation of ISSUES was signed by Honorable Judge Denise Collins on February 3, 2015. It is now July 2, 2015 and the trial court has yet to make a finding of facts and conclusion of Law, in the said cause number.

## LAW AND FACTS
## PURSUANT TO Art. 11.07 (3)

UPON reciept of an application for writ of hebeas corpus challenging a final felony conviction, the attorney representing the state is allowed 15 days in which to respond. Art. 11.07 (3) See: MARTIN Vs HAMLIN 25 S.W. 3d 718 (2000) Expiration of the time for the state to answer, the trial court is allowed 20 days in which to determine whether the application contains allegations of controverted, Previously unresolved facts material to the legality of Brinkleys confinement. If the trail court determine an application for writ of hebeas corpus does present such issues its the duty of the trial court to enter an order within 120 days. Judge Denise Collins issued that order SEE (Exibit A) The Judge order facts to be resolved Art. 11.07 (3) The statue does not supply authority to trial court to extend the time limitations imposed by statue, other than by timely entry of order designating issues to be resolved.

SEE: McCREE 824 S.W.2d 578, 579 (1992) this statue impose trial court to make a findings in its 20 days SEE: CARPENTER V. WAXAHACHIE 162 S.W.2d 139, And also SEE: STATE HIGHWAY DEPT. OF TEXAS 158 S.W.2d 330, where a statue creates New right and perscibed the remedy of enforcing it the statutory is exclusive and must be complied with. SEE: TEXAS CONSTITUTION Art. 1 Sec. 12 when the statue T.C.C.P. Art. #11.07 (3) has Proven that a violation accured, it is the trial courts duty to act according to statues; And remand Brinkleys case back to the trial court for an evidentary hearing to resolve issues. The trial court has yet to give Brinkley an hearing. The right to a hearing to establish Procedure violations to see that attainment of legal trial and in such trial determine the cause according to the law. Brinkley will allow this court to address Procedural violations to show just cause. And to also show were Procedural rights are of legality in this cause.

# CONCLUSION

The fourteenth Amendment of the United States constitution Protects against deprivation of liberty, life, or Property by state, without due process of law. The opportunity to be heard is the fundamental requirement of Due Process; it is an opportunity to be heard and must be granted in a meaningful time and manner. The Due Process clause Promotes fairness by requiring the government to follow appropriate Procedures, When its agents decide to deprive a person of his life, liberty, and Property.

## Prayer for Relief

Wherefore, Premises considered Relator Brinkley Pro-se respectfully request a finding that this court remand this case for a hearing on Procedural violations by the district court of Harris County, because the trial court needs to resolve issues in this cause. And when the trial court does not, resolve issues, the the Criminal Court of Appeals, will remand this to the trial court for a hearing.

## INMATES DECLARATION

I CARLIST R. BRINKLEY II being Presently incarcerated in TEXAS DEPT. CRIMINAL JUSTICE WALKER COUNTY declare under penalty of perjury that according to my belief, the facts stated in this mandamus are true and correct EXECUTED on July, 2, 2015    Respectfully Submitted.

Carlist Brinkley II #191975
1697 FM 980
HUNTSVILLE, TX 77343